Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 3**

| |
|---|
| **GULF ALUMINIUM ROLLING MILLS COMPANY B.S.C. (C),** |
| **Plaintiff,** |
| **v.** |
| **UNITED STATES,** |
| **Defendant.** |

**S U M M O N S**
**Court No. 26-02359**

**TO:**    The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Gina Justice**
Clerk of the Court

1.    Gulf Aluminium Rolling Mill Company B.S.C. (C) is a foreign producer and exporter of subject merchandise within the meaning of  "interested parties" in 19 U.S.C. § 1677(9)(A), and has standing pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
(Name and standing of plaintiff)

2.    The contested determination is Common Alloy Aluminum Sheet From the Kingdom of Bahrain Final Results of Antidumping Duty Administrative Review; 2023-2024, 91 Fed. Reg. 7,250 (Dep't of Commerce, Feb. 17, 2026).
(Brief description of contested determination)

3.    February 17, 2026
(Date of determination)

4.    February 17, 2026
(If applicable, date of publication in Federal Register of notice of contested determination)

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

/s/ Christine M. Streatfeild
Signature of Plaintiff's Attorney

03/19/2026
Date

| |
|---|
| Christine M. Streatfeild |
| Baker & McKenzie LLP |
| 815 Connecticut Avenue, N.W. |
| Washington, DC 20006-4078 |
| 202.452.7000 |
| christine.streatfeild@bakermckenzie.com |

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)