**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE CLAIRE R. KELLY, JUDGE**

| | |
|---|---|
| GULF ALUMINIUM ROLLING MILL B.S.C. (c), | |
| Plaintiff, | |
| v. | Court No. 26-02359 |
| UNITED STATES, | |
| Defendant, | |
| and | |
| ALUMINUM ASSOCIATION COMMON ALLOY ALUMINUM SHEET TRADE ENFORCEMENT WORKING GROUP AND ITS INDIVIDUAL MEMBERS, | |
| Defendant-Intervenors. | |

## JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

Pursuant to U.S. Court of International Trade Rule 56.2(a), the parties to the above-captioned action, plaintiff, Gulf Aluminium Rolling Mill B.S.C. (c) (GARMCO), defendant, the United States, and defendant-intervenors, Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group and its individual members: Arconic Corporation; Commonwealth Rolled Products Inc.; Constellium Rolled Products Ravenswood, LLC; JW Aluminum Company; Novelis Corporation; and Texarkana Aluminum, Inc., have conferred and respectfully submit this joint status report and proposed briefing schedule.

All parties consent to the following responses to the questions set forth in Rule 56.2(a) of this Court's rules:

I.      **JOINT STATUS REPORT**

    1.      **Does the court have jurisdiction over the action?**

This action challenges certain aspects of the U.S. Department of Commerce's final determination in the in the administrative review of the antidumping duty order on common alloy aluminum sheet (CAAS) from the Kingdom of Bahrain (Case No. A-525-001) for the period of April 1, 2023, through March 31, 2024. *Common Alloy Aluminum Sheet from the Kingdom of Bahrain: Final Results of Antidumping Duty Administrative Review; 2023-2024,* 91 Fed. Reg. 7,250 (Dep't of Commerce, Feb. 17, 2026) and accompanying "Issues and Decision Memorandum for the Final Results of the Antidumping Duty Administrative Review: Common Alloy Aluminum Sheet from the Kingdom of Bahrain; 2023-2024," dated February 10, 2026; and the memorandum entitled "Common Alloy Aluminum Sheet from the Kingdom of Bahrain: Final Analysis Memorandum," dated February 10, 2026.

Plaintiff GARMCO brought this action pursuant to Sections 516A(a)(2)(A)(i)(I) and 516A(a)(2)(B)(iii) of the Tariff Act of 1930, *as amended*, 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I) and (a)(2)(B)(iii), and believes that this Court has jurisdiction over this matter pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c). The United States and defendant-intervenors are unaware of any basis upon which to challenge the Court's jurisdiction at this time.

    2.      **Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons for such severance?**

The parties do not, at this time, seek to have this case consolidated with any other case, nor do the parties seek to have a portion of this case severed.

**3.**     **<u>Should further proceedings in this case be deferred pending consideration of another case before the court or any other tribunal and the reasons for such deferral?</u>**

The parties do not, at this time, seek to have this case deferred pending consideration of any other case before the court or any other tribunal.

**4.**     **<u>Should the court be aware of any other information at this time?</u>**

The parties are not aware of any other information of which the Court should be aware at this time.

## II.    <u>PROPOSED BRIEFING SCHEDULE</u>

Counsel for all parties have conferred and propose that the Court adopt the following briefing schedule:

| Submission | Deadline | Words |
|---|---|---|
| Plaintiff's Motion for Judgment on the Agency Record | August 4, 2026 | 14,000 |
| Defendant's Response to Motion for Judgment on the Agency Record | October 13, 2026 | 14,000 |
| Defendant-Intervenors' Response to Motion for Judgment on the Agency Record | October 27, 2026 | 14,000 |
| Plaintiff's Reply Brief in Support of Motion for Judgment on the Agency Record | November 23, 2026 | 7,000 |
| Plaintiff shall file a single joint appendix containing a copy of those portions of the administrative record cited in the briefs filed by all parties | December 4, 2026 | N/A |
| Motions for Oral Argument, if any | December 7, 2026 | N/A |

A proposed scheduling order reflecting this proposed briefing schedule is submitted with this joint status report.

Respectfully submitted,

*Counsel for Plaintiff Gulf Aluminium Rolling Mill B.S.C. (c)*

*/s/ Christine M. Streatfeild*
Christine M. Streatfeild
Nathaniel J. Halvorson
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006-4078
Tel.: (202) 835-6111
Email: christine.streatfeild@bakermckenzie.com

*Counsel for Defendant*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

*/s/ Geoffrey M. Long*
GEOFFREY M. LONG
Assistant Director

*/s/ Nelson Kuan*
NELSON KUAN
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 307-0335
Email: nelson.kuan@usdoj.gov

ALEXANDRE RECHER
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement
 and Compliance
1401 Constitution Avenue, NW
Washington, DC 20230-0001

*Counsel for Defendant-Intervenors Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group and its individual members: Arconic Corporation; Commonwealth Rolled Products Inc.; Constellium Rolled Products Ravenswood, LLC; JW Aluminum Company; Novelis Corporation; and Texarkana Aluminum, Inc.*

*/s/ Grace Whang Kim*
John M. Herrmann, II
Grace Whang Kim
KELLEY DRYE & WARREN, LLP
670 Maine Avenue, SW Suite 600
Washington, DC 20024
(202) 342-8488
Email: jherrmann@kelleydrye.com
Email: gkim@kelleydrye.com

5

Joshua R. Morey
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
(202) 342-8867
Email: jmorey@kelleydrye.com

May 28, 2026

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE CLAIRE R. KELLY, JUDGE**

| | |
|---|---|
| GULF ALUMINIUM ROLLING MILL B.S.C. (c),<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>ALUMINUM ASSOCIATION COMMON ALLOY ALUMINUM SHEET TRADE ENFORCEMENT WORKING GROUP AND ITS INDIVIDUAL MEMBERS,<br><br>Defendant-Intervenors. | Court No. 26-02359 |

**<u>PROPOSED SCHEDULING ORDER</u>**

Upon consideration of the parties' Proposed Briefing Schedule, and pursuant to Rule 56.2 of the Rules of this Court, it is hereby

**ORDERED** that the briefing of this action shall proceed in accordance with the schedule and word limitations set forth below:

| Submission | Deadline | Words |
|---|---|---|
| Plaintiff's Motion for Judgment on the Agency Record | August 4, 2026 | 14,000 |
| Defendant's Response to Motion for Judgment on the Agency Record | October 13, 2026 | 14,000 |
| Defendant-Intervenors' Response to Motion for Judgment on the Agency Record | October 27, 2026 | 14,000 |
| Plaintiff's Reply Brief in Support of Motion for Judgment on the Agency Record | November 23, 2026 | 7,000 |

| | | |
|---|---|---|
| Plaintiff shall file a single joint appendix containing a copy of those portions of the administrative record cited in the briefs filed by all parties | December 4, 2026 | N/A |
| Motions for Oral Argument, if any | December 7, 2026 | N/A |

**SO ORDERED.**

Dated:_____, 2026          _____
         New York, New York                          Claire R. Kelly, Judge

2